```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
WALDEMAR RAKOWICZ, et al.,                                    :
                              Plaintiffs,                     :
                                                              :       23 Civ. 9254 (LGS)
 -against-                                                    :
                                                              :              ORDER
                                                              :
ABM INDUSTRY GROUPS, LLC, et al.,                             :
                              Defendants.                     :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for December 20, 2023.

WHEREAS, Defendant ABM Industry Groups, LLC, with consent of the parties, requests an adjournment of the conference due to a scheduling conflict.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the December 20, 2023, initial pretrial conference is **CANCELLED**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue separately.  The parties' attention is directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that if Defendants seek to file a motion to dismiss following a decision on Plaintiffs' pending motion for remand, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2.

Dated: December 14, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**