UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WALDEMAR RAKOWICZ, et al.,
                            Plaintiffs,

            -against-                                23 Civ. 9254 (LGS)

ABM INDUSTRY GROUPS, LLC, et al.,                ORDER
                                   Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiffs' renewed motion to remand for lack of subject matter jurisdiction remains pending against Defendants ABM Industry Groups, LLC, ("ABM") and UG2, LLC ("UG2"). It is hereby

**ORDERED** that Plaintiffs and Defendant UG2 shall file letter briefs regarding whether supplemental jurisdiction exists over claims against UG2 in the event that federal question jurisdiction is found to exist over claims against ABM only. By **April 18, 2024,** UG2 shall file a letter brief no longer than three pages. By **April 25, 2024,** Plaintiffs shall file a response, no longer than three pages. It is further

**ORDERED** that if the parties seek a brief adjournment of the above briefing schedule for the purpose of engaging in settlement discussions, they shall file a letter by **April 16, 2024,** requesting adjournment and requesting a settlement referral if needed.

Dated: April 11, 2024
       New York, New York

                                                           LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE